# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD MORRIS, AN INDIVIDUAL;
AND CALEIGH ROSE MORRIS, AN
INDIVIDUAL,
           Appellants,

vs.

HUI LI,
           Respondent.

No. 70996

**FILED**

JAN 2 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an arbitration decision and a district court order granting a motion to strike a request for trial de novo. When our initial review of the docketing statement and documents before this court revealed a potential jurisdictional defect, we ordered appellants to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, we noted that it did not appear that the district court has entered a final judgment under NAR 18(F) because it has not entered a final, written judgment on the arbitration award.

In response to our order, appellants filed a "Notice of District Court Refusal to Enter Judgment upon Arbitration Award," informing this court that the district court directed appellants to resubmit the proposed judgment "if appeal upheld." Appellants have also filed a notice of voluntarily dismissal of this appeal, asserting that because the district court refuses to enter a judgment upon the arbitration award, appellants have no option but to dismiss their appeal and re-file it once a judgment is entered.

Cause appearing, the motion for a voluntary dismissal is granted. This appeal is dismissed. NRAP 42(b). Appellants may file a

17-02242

new notice of appeal from any appealable judgment. Any such notice of appeal will be docketed as a separate appeal.

It is so ORDERED.

_____ Cherry _____, C.J.

cc:     Hon. Joseph Hardy, Jr., District Judge
        Janet Trost, Settlement Judge
        Emerson Law Group
        Lin Law Group
        Eighth District Court Clerk
        Matthew Yarbrough, Court Recorder